EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
)
      Plaintiff )     ORDER
)
    v. )
KAZE USA, INC. d/b/a KAZE )
JAPANESE STEAKHOUSE AND )
SUSHI BAR, )
)
      Defendant )

This matter is before the court on defendant's unopposed motion to set aside entry of

default. For good cause shown, the motion is ALLOWED. The Clerk is DIRECTED to strike

the default entered against defendant on 4 March 2011.

This 14 April 2011.


_____
    W. Earl Britt
    Senior U.S. District Judge